**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

ERIC BLOOM,                                         CASE NO. 13-34871-EPK
                                                           CHAPTER 7

    Debtor.
_____/

ROBERT D. GORDON, RECEIVER OF
LEGISI MARKETING, INC., GREGORY
N. MCKNIGHT and LEGISI HOLDINGS,
LLC.

                                                           ADV. NO.: 14-01125-EPK

    Plaintiff,

v.

ERIC L. BLOOM,

    Defendants.
_____/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE**
**A RESPONSE TO COMPLAINT**

        Defendant, ERIC BLOOM, (hereinafter, "Defendant"), by and through undersigned counsel, hereby moves to extend the deadline for the Defendant to file responsive pleadings to the Complaint in this Adversary Proceeding until seven days after the Court decides the Plaintiff's Motion for Relief from Stay. In support of this motion, the Defendant states the following:

        1.     This Motion is filed in good faith and not for the purposes of delay. There will be no prejudice whatsoever to the Plaintiffs by such extension.

        2.     The Plaintiffs filed the Adversary Proceeding on January 21, 2014, informing Defendant that he was required to respond to the Complaint within 30 days after issuance of the Summons and Complaint.

*Legisi Holdings, LLC, et al v. Eric Bloom*

3. On February 3, 2014, Plaintiff filed a *Motion for Relief from Stay to Liquidate Claims in Pending FINRA Arbitration and Staying Adversary Proceeding* [ECF No. 25] (the "Stay Relief Motion").

4. On February 20, 2014, the Debtor filed a response. [ECF No. 28].

5. Both the Stay Relief Motion and the response thereto seek a determination as to which forum is appropriate to adjudicate the issues set forth in the complaint. Accordingly, the Defendant submits that the Stay Relief Motion (and the appropriate venue) should be determined before responding to the Complaint.

6. An extension of time will not cause any material delay in the litigation of the adversary proceeding.

WHEREFORE, the Defendant requests that this Court enter an Order Extending the Deadline to file Responsive Pleadings to the Complaint until seven days after the Court decides the Plaintiff's Motion for Relief from Stay and grant such other relief as this Court may deem just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for Defendant, Eric Bloom
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email:  lpecan@msglaw.com


By:   /s/ Lawrence E. Pecan
        LAWRENCE E. PECAN
        Florida Bar No. 99086

*Legisi Holdings, LLC, et al v. Eric Bloom*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this 24th day of February, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following by CM/ECF.

Daniel DeSouza                        ddesouza@msglaw.com


                                                       By:  /s/ Lawrence E. Pecan
                                                             LAWRENCE E. PECAN