UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: Eric Bloom, | Chapter 7 |
| | Case No. 13-34871-EPK |
| Debtor | |
| _____/ | |
| | |
| Robert D. Gordon, Receiver of Legisi | |
| Marketing, Inc., Gregory N. McKnight and | Adv. Proceeding No. 14-01125-EPK |
| Legisi Holdings, LLC, | |
| | |
| Plaintiff, | |
| v | |
| | |
| Eric L. Bloom, | |
| | |
| Defendant. | |
| _____/ | |

## EXPEDITED MOTION OF LAWRENCE E. PECAN TO WITHDRAW AS COUNSEL

**Undersigned counsel requests a hearing within two weeks to ensure all interested parties are adequately represented in this proceeding**

Lawrence E. Pecan (the *"Undersigned"*) requests that the Court enter an order permitting him to withdraw, to the extent that he is counsel to Eric L. Bloom (the *"Defendant"*) and respectfully represents as follows:

1. On February 24, 2014, Undersigned filed a Motion to Extend Time to File a Response to Complaint on behalf of the Defendant.

2. On November 11, 2014, Marshall Socarras Grant, P.L. (*"MSG"*) filed its Motion for Leave to Withdraw as Counsel for Eric L. Bloom, in the main bankruptcy case, Case 13-34871-EPK. *See ECF No. 45.*

3. The Court entered the Order Granting Motion for Leave to Withdraw as Counsel for the Debtor on December 1, 2014. *See ECF No. 48.*

4. Around that same time, the Undersigned left Marshall Socarras Grant, P.L., and joined Meland Russin & Budwick, P.A.

5. Defendant was a client of Marshall Socarras Grant, P.L., and not of the Undersigned, and the Undersigned has no contact with Defendant, nor is the Undersigned in possession of his contact information.

6. Defendant has not cleared conflicts with the Undersigned's current firm vis a vis this matter, though the Undersigned has no reason to believe any conflict may exist.

7. Accordingly, to the extent the Undersigned is still counsel of record to Defendant, the Undersigned must withdraw. As such, the Undersigned requests that Defendant be permitted 14 days from the date of the entry of an order granting this motion for Defendant to respond to the Objection.

WHEREFORE, the Undersigned requests the Court enter an Order (1) allowing the Undersigned to withdraw as counsel to Defendant and confirming that Defendant is currently without counsel in this proceeding; and (2) such other and further relief as is just and equitable.

REMAINDER OF PAGE LEFT INTENTIONALLY BLANK

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing on February 1, 2015, upon all Registered Users listed on the attached Exhibit 1 and via U.S. regular mail upon Eric L. Bloom, 5934 Glenbrook Way, Boca Raton, FL 33433.

                                                                s/Lawrence E. Pecan
                                                                Lawrence E. Pecan, Esquire
                                                                Florida Bar No. 99086
                                                               lpecan@melandrussin.com
                                                               MELAND RUSSIN & BUDWICK, P.A.
                                                               3200 Southeast Financial Center
                                                               200 South Biscayne Boulevard
                                                               Miami, Florida  33131
                                                               Telephone: (305) 358-6363
                                                               Facsimile: (305) 358-1221
                                                               ***Attorneys for Defendant***

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Daniel DeSouza    ddesouza@desouzalaw.com
- Lawrence E Pecan    lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

EXHIBIT 1